# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTNEY YOUNE ARIEL,<br><br>　　　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-01625-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

　　　　On January 2, 2025, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Brittney Ariel did not pay the filing fee or complete an application to proceed in forma pauperis by the given deadline. ECF No. 4.  Ariel did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 4) is accepted, and plaintiff Brittney Ariel's complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

　　　　DATED this 23rd day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE